UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 17-23918-CIV-MARTINEZ-OTAZO-REYES

SARA I. GARCIA,
      Appellant,

vs.

OCWEN LOAN SERVICING, LLC,
      Appellee.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation on *pro se* Appellant's Motion for Leave to Appeal Court's 9/24/17 Order (ECF No. 323) Denying Reconsideration of 8/27/17 Order (ECF No. 318) Denying Relief from Decree of Ocwen & Consolidate with Appeal Dismissed on 12/13/16 w/o Prejudice that Should Be Re-Instated; in Addition, for Stay Pending Appeal ("Motion") (ECF No. 1). Magistrate Judge Otazo-Reyes filed a Report and Recommendation, (ECF No. 24), recommending that the Motion be denied as it is barred by res judicata. Appellant filed objections to the Report and Recommendation.[1]  (ECF No. 26, 28).

The Court has reviewed the entire file and record, has made a *de novo* review of the issues that Appellant's objections to the Report and Recommendation present, and is otherwise fully advised in the premises. The Court finds the issues raised in Appellant's objections are already addressed in Magistrate Judge Otazo-Reyes's well-reasoned Report and Recommendation. After careful consideration, it is:

---

[1] Objections to the Report and Recommendation were due on October 20, 2020. Appellant filed objections on October 21, 2020 and October 27, 2020. Despite being filed late, the Court has nevertheless considered Appellant's objections.

1

**ADJUDGED** that Appellant's objections, (ECF No. 26, 28), are **OVERRULED** and United States Magistrate Judge Otazo-Reyes's Report and Recommendation, (ECF No. 24), is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that

1. Appellant's Motion for Leave to Appeal and for Stay (ECF No. 1) is **DENIED with prejudice**.

2. The following requests, as included in the heading of Appellant's Reply (ECF No. 14) are **DENIED with prejudice**: "Motion to Quash Paperless Order [DE 12]," wherein the Court referred this matter to Magistrate Judge Otazo-Reyes; "Set Aside Bankruptcy 8/16/16 Order & Bankruptcy Stay;" "That Appellee's Claim be Disallowed with Prejudice;" and "That Sanctions be Imposed Against Appellee and its Counsel."

3. This case is **CLOSED,** and all pending motions are **DENIED** as **MOOT.**

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of December, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record
Sara I. Garcia, *pro se*